WWR# 041650381

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 24-14220 |
|---|---|
| EMILY I TOLOMEO | CHAPTER 7 |
| | JUDGE ASHELY M. CHAN |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
5990 WEST CREEK RD SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 6th day of December, 2024 addressed to:

BRAD J SADEK, Attorney for Debtor
BRAD@SADEKLAW.COM

ROBERT H HOLBER, Trustee
41 E FRONT ST
MEDIA, PA 19063

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

EMILY I TOLOMEO
2230 ROUTE 70 W STE 2 #1266
CHERRY HILL,  NJ 08002-3338

,

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ SCOTT D. FINK
    SCOTT D. FINK
    Agent for Creditor
    5990 WEST CREEK RD SUITE 200
    INDEPENDENCE, OH 44131
    877-338-9484
    bronationalecf@weltman.com