United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 24-14220-amc

Emily I Tolomeo                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jan 13, 2025      Form ID: ntcabuse      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily I Tolomeo, 2230 Route 70 W Ste 2 #1266, Cherry Hill, NJ 08002-3338 |
| 14958695 | + | Navy Federal Credit Union, 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14949313 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2025 00:32:50 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14949314 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2025 00:23:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14949315 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2025 00:32:34 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 14949316 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:23:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14949317 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 14 2025 00:24:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14949318 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:23:00 | PNC Bank, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14949319 | ^ | MEBN | Jan 14 2025 00:16:11 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 14949320 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:41 | Synchrony Bank/American Eagle, PO Box 71727, Philadelphia, PA 19176-1727 |
| 14949321 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:34 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14949322 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:49 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2025 | Form ID: ntcabuse | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Emily I Tolomeo brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KACIE CARTWRIGHT | on behalf of U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| SCOTT DAVID FINK | on behalf of Creditor Navy Federal Credit Union sfink@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Case No.: 24−14220−amc
Chapter: 7
Judge: Ashely M. Chan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emily I Tolomeo
   aka Emily I Rea
   2230 Route 70 W Ste 2 #1266
   Cherry Hill, NJ 08002

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8787

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by United States Trustee. (CARTWRIGHT, KACIE)

Dated: 1/13/25

United States Trustee