**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Emily I. Tolomeo,<br><br>                   *Debtor*. | Case No. 24-14220-amc<br>Chapter 13 |

### Order Converting Case to Chapter 13

     **WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, *see* 11 U.S.C. § 706(a), and there being no objection thereto, and the Court finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This chapter 7 case is converted to a case under chapter 13.

3. The Debtor must file a chapter 13 plan and all statements, schedules, and other documents required by Fed. R. Bankr. P. 1007(b) within fourteen days after the entry of this order.

4. The Debtor must begin making plan payments to the chapter 13 trustee within thirty days after the entry of this order.

5. The Debtor's chapter 13 plan must not provide for payments over a period that is longer than five years after the entry of this order.

Date: March 13, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge